No. 22, Misc. CLARK v. LOUISIANA; and

No. 23, Misc. HOWARD v. LOUISIANA. Sup. Ct. La. Certiorari denied. *Guy Johnson* for petitioner in No. 22, Misc. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Jim Garrison* for respondent in both cases. Reported below: 249 La. 1061, 193 So. 2d 246.

No. 24, Misc. SPANBAUER v. BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 37, Misc. MOORE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 39, Misc. RIDEAU v. LOUISIANA. Sup. Ct. La. Certiorari denied. *Fred H. Sievert, Jr.,* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Frank T. Salter, Jr.,* for respondent.

No. 40, Misc. PUCHALSKI v. YEAGER, WARDEN. C. A. 3d Cir. Certiorari denied. *Guy W. Calissi* for respondent.

No. 47, Misc. BUCHANAN v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied. *Richard A. Procter* for petitioner. *G. T. Blankenship,* Attorney General of Oklahoma, and *Charles L. Owens,* Assistant Attorney General, for respondents.